UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30115 |
|---|---|
| NANCY CRADDUCK | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 25 | ORTHOPEDIC ASSOC OF SHELBY CO<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 3.44 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/11/2011

Certificate of Service 06-30115

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

NANCY CRADDUCK
301 E. CANAL STREET
TROY, OH  45373

DAVID L MIKEL
210 W MAIN ST
TROY, OH  45373

(1010.1n)
JOHN L DAY JR
525 VINE STREET SUITE 800
CINCINNATI, OH  45202

(26.1n)
MCCALLA RAYMER
BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(27.1n)
NATIONAL CITY MORTGAGE COMPANY
MCCALLA RAYMER ET AL   BK DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(25.1)
ORTHOPEDIC ASSOC OF SHELBY CO
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD SUITE 109
MORAINE, OH  45439

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____    sv